RECEIVED

JUN 19 2018

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| SUNDEEP GILL, ET AL. | : | |
|---|---|---|
| Plaintiff, | : | NO.   3:18-cv-09750 |
| v. | : | |
| MARK GUERRA, ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CO-DEFENDANTS, JONES AND JERSEY GIRL CATERERS, WITHOUT PREJUDICE

TO THE CLERK:

Plaintiff voluntarily dismisses Co-Defendants, Jones and Jersey Girl Caterers, without prejudice. FRCP 41.

WEISBERG LAW

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs

It is so ordered this 19th day of June, 2018.

Brian R. Martinotti, U.S.D.J.